# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| R.P., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:21-cv-05 (WLS) |
| : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

Presently before the Court is Defendant's "Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant." (Doc. 20.) Therein, Defendant requests that this Court remand the case to the Commissioner for further action. (*Id.*)

Pursuant to sentence four of 42 U.S.C. § 405(g), this Court has the power to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 113 S. Ct. 2525 (1993). Accordingly, for good cause shown Defendant's Unopposed Motion to Remand (Doc. 20) pursuant to Sentence four of 42 U.S.C. § 405(g) is **GRANTED**. This matter is **REMANDED** to the Commissioner of Social Security. Defendant is **ORDERED** to forward this case to an administrative law judge who shall (1) update the medical record and (2) hold a supplemental hearing and obtain supplemental evidence from a vocational expert in compliance with agency policy and Social Security Rulings 83-14 and 00-4p.

**SO ORDERED**, this 21st day of July 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**